IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Juana Gutierrez and Juan Gutierrez,**<br><br>Debtor(s) | Case No: 11 B 02105<br>Chapter 7<br><br>Honorable Donald R. Cassling |

**PREHEARING STATEMENT**

NOW COME the debtors, Juana Gutierrez and Juan Gutierrez, by and through Benjamin D. Rios, one of their attorneys at David M. Siegel & Associates, and Brendan Financial, Inc. ("Brendan"), by and through Scott R. Barfuss, its attorney, and pursuant to this Court's Prehearing order (docket #49) hereby respectfully submit their joint prehearing statement, as follows:

1.    <u>Debtors' claim</u>: Brendan Financial, Inc. violated 11 U.S.C. §362 by contacting Juan and Juana Gutierrez ("Debtors") after the automatic stay was modified in Debtors' case and inducing them to sign a new note for an obligation that had arisen from a pre-petition debt. Brendan violated the discharge injunction under 11 U.S.C. §524 by bringing a lawsuit against Mr. and Mrs. Gutierrez for damages that allegedly resulted from a breach of an ineffective reaffirmation agreement.

<u>Brendan's defenses</u>:  Brendan is not a creditor in this bankruptcy, and is therefore not subject to the discharge injunction imposed by Section 524(a) or the reaffirmation provisions of Section 524(c). Brendan is not an *alter ego* of Father & Sons Home Improvement II, Inc., a secured creditor herein. The post-petition note and mortgage executed by the debtors in favor of Brendan was supported by consideration.

2.    <u>Stipulated Facts</u>:

1

 (1)  Debtors filed for Chapter 7 bankruptcy on January 20, 2011.

 (2)  Father & Sons' Home Improvement, II, Inc. was listed as a creditor on Debtors' schedules.

 (3)  Father & Sons Home Improvement II, Inc. held a secured claim based on a mechanic's lien recorded with the Cook County Recorder of Deeds on March 11, 2009 as document number 0907003109.

 (4)  An order modifying the automatic stay as to the property commonly known as 94 E. Dennis Rd., Wheeling, Illinois 60090 was entered on March 16, 2011.

 (5)  A note was executed between Debtors and Brendan Financial, Inc. on March 19, 2011.

 (6) An order granting the debtors a discharge under section 727 of title 11 was entered on May 11, 2011.

 (7) Debtors paid Brendan Financial, Inc. monthly installments after the discharge order was entered.

 (8) An order confirming sale of Debtors' home at 94 E. Dennis Rd. in Wheeling, IL 60090 was entered on November 29, 2016.

 (9) Brendan filed an action for breach of contract on April 27, 2017 with respect to the March 16, 2011 note.

3. <u>Disputed Facts</u>:

 (1)  Whether a motion for relief from stay was filed on behalf of Brendan in this matter; and whether stay relief was granted as to Father & Sons Home Improvement II, Inc., or Brendan, or both Father & Sons Home Improvement II, Inc. and Brendan;

 (2)  Whether Brendan impermissibly contacted the debtors post-petition and induced them into executing a note and mortgage;

(3)  Whether there was consideration supporting the note and mortgage;

(4)  Whether consideration supporting the note and mortgage had arisen out of the Debtors' pre-petition debt to Father & Sons' Home Improvement;

(5)  Whether any part of Debtors' obligation to Brendan Financial had arisen out of a pre-petition debt;

(6)  Whether Brendan is an *alter ego* of Father & Sons Home Improvement II, Inc.

4. <u>Debtors' witnesses</u>:   Juana Gutierrez; Juan Gutierrez

<u>Brendan's witnesses</u>:  Michael Collins

5. <u>Debtors' exhibits</u>:

   (1) March 17, 2011 Order Modifying the Automatic Stay

   (2) Note dated March 19, 2011

   (3) May 11, 2011 Discharge Order

   (4) Juan and Juana Gutierrez personal bank statements from October 28, 2010 through November 28, 2014

   (5) February 24, 2017 Letter to Debtors from Michael Collins

   (6) Brendan Mortgage Inc.'s Complaint for Breach of Contract

   (7) Email exchange between Benjamin Rios and Andrew Freud

<u>Brendan's exhibits</u>:

   (1) Corporation File Detail Report – Brendan Financial, Inc.

   (2) Corporation File Detail Report – Father & Sons Home Improvement II, Inc.

   (3) Note and Mortgage dated March 19, 2011

3

      (4) Brendan Financial, Inc. payment ledger for Juana and Juan Gutierrez

      (5) Original Contractor's Claim for Lien recorded March 11, 2009 as document number 0907003109

      (6) Release of Mechanic's Lien recorded April 8, 2011 as document number 1109810044

                                  Respectfully submitted,

| | |
|---|---|
| Debtors | |
| Juana and Juan Gutierrez | Brendan Financial, Inc. |
| By: /s/ Benjamin D. Rios | By: /s/ Scott R. Barfuss |
| David M. Siegel & Associates | Brendan Financial, Inc. |
| 790 Chaddick Drive | 24 East Avenue |
| Wheeling, IL  60090 | Riverside, IL  60546 |
| 847-520-8100 | 708-788-4870 |